**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 11-6276**

───────────────

JAY TIMOTHY LURZ,

　　　　　Plaintiff – Appellant,

　　　v.

JON P. GALLEY, Warden; ROBERT M. FRIEND, Lieutenant; AL
DAVIS, Hearing Officer; T. PERRY, Now: Lieutenant Thomas K.
Perry; STEVEN A. WILSON, Ofc., CO II; GARY A. ROBERTSON,
Ofc., CO II; PUFFENBARGER, Ofc., CO II,

　　　　　Defendants – Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　Peter J. Messitte, Senior District
Judge. (1:09-cv-02664-PJM)

───────────────

Submitted: June 9, 2011　　　　　Decided:　June 22, 2011

───────────────

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Jay Timothy Lurz, Appellant Pro Se.　Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Timothy Lurz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lurz v. Galley, No. 1:09-cv-02664-PJM (D. Md. Feb. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED